Send-d

FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10 - 2652 M |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) ) | (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) |
| Gerononimo Mendez-Copka, | ) ) ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the District of Arizona involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

    _____
    _____
    _____
    _____
    _____

    B.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

    _____
    _____
    _____
    _____

IT IS ORDERED that defendant be detained.

DATED: 10/25/10

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge